IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OLUWASHINA KAZEEM AHMED-AL-KHALIFA,
a/k/a OLUWASHINA AHMED,
a/k/a MARK AYILLA,
    Plaintiff,

vs.                                              Case No.: 3:13cv531/MCR/EMT

PRESIDENT OF THE ECOWAS COURT OF
JUSTICE,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil complaint (doc. 1). On October 4, 2013, this court entered an order giving Plaintiff thirty (30) days in which to either pay the filing fee of $400.00 or submit a fully completed application to proceed in forma pauperis (doc. 5). Plaintiff failed to respond to the order; therefore, on December 2, 2013, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 7). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    At Pensacola, Florida, this 15th day of January 2014.

                                              /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

  Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).