UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**OLUWASHINA KAZEEM AHMED-AL-KHALIFA,**
a/k/a OLUWASHINA AHMED,
a/k/a MARK AYILLA,

    **Plaintiff,**

v.                                          Case No. 3:13cv531/MCR/EMT

**PRESIDENT OF THE ECOWAS COURT OF JUSTICE,**

    **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 15, 2014 (doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

**DONE and ORDERED** this 14th day of February, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**